■ PEOPLE v EDWIN TERON. [752 NYS2d 534] —Appeal dismissed, as indicated; the unpublished order of this Court entered on October 15, 2002 (M-4336) recalled and vacated. Concur—Andrias, J.P., Buckley, Lerner, Marlow and Gonzalez, JJ.